## HEBERTON v. STOCKTON.

### November 25, 1837.

*Rule to show cause why the service of the writ should not be set aside.*

The service of a summons, issued by this court on the 28th of October, returnable to the monthly return day of November, *i. e.* the first Monday of November, on that day, during the sitting of the court is good, and will not be set aside.

IN this case, the summons issued on the 28th of October, 1837, returnable to a monthly return day, viz: the first Monday of November, 1837, (see act of 28th March, 1835, *Stroud's Purd. tit. Courts,*) which was on the 7th of November. It was served on the return day, during the sitting of the court.

The defendant obtained this rule to show cause.

*Heiskell,* for plaintiff.
*Perkins,* for defendant.

THE COURT held the service to be good, and discharged the rule.

Rule discharged.[a]

---

[a] See the index in this volume, as to the issuing and service of writs, under the acts of 28th March, 1835, and 13th June, 1836, relating to the commencement of actions.